**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**DAVID EDMISTEN**                                                                 **PLAINTIFF**

**V.**                                          **CASE NO. 5:21-CV-5058**

**COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this case on November 18, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 16) is **ADOPTED IN ITS ENTIRETY**.  The matter is **REVERSED AND REMANDED** for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 3rd day of December, 2021.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE